IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL N., | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| v. | : | No. 22-3621 |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of Social Security, | : | |
|     *Defendant*. | : | |

## ORDER

AND NOW, this 30th day of September 2025, upon consideration of Plaintiff Samuel N.'s Brief in Support of Request for Review (ECF 8), the Commissioner's Response (ECF 12), Plaintiff's Reply (ECF 13), and the Commissioner's Notices of Supplemental Authority (ECF 14 and 15), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that :

1. Plaintiff's Request for Review is **DENIED,** and the final order of the Commissioner of Social Security is **AFFIRMED**; and

2. **JUDGMENT** is entered in favor of Defendant Martin O'Malley, Commissioner of Social Security and against Plaintiff Samuel N.; and

3. The Clerk of Court shall mark this case **CLOSED**.

                                                                                               BY THE COURT:

                                                                                 **HON. JOSÉ RAÚL ARTEAGA**
                                                                                  *United States Magistrate Judge*
                                                                                  *Eastern District of Pennsylvania*